UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORA E. LAVINE,<br><br>  Plaintiff,<br><br>  vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>  Defendant. | Civil No. C06-0511-RSL<br><br><br><br>ORDER |

Based upon review of the file, and noting the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded to the Commissioner of Social Security for further administrative proceedings as set out in the stipulation of the parties.

On remand the Administrative Law Judge (ALJ) will be directed to offer Plaintiff a new hearing. At the hearing, Plaintiff will be given the opportunity to present additional evidence and/or arguments. The ALJ will be directed to further consider and re-evaluate the medical source evidence, in particular from Gary McCallum, M.D., Robert A. Morris, PA-C, Kerry

Page 1    ORDER - [C06-0511-RSL]

Bartlett, Ph.D., and Donald E. Piro, Ph.D., including the diagnosis of fibromyalgia and the functional limitations arising from any mental impairments Plaintiff may have.  The ALJ will be directed to further evaluate Plaintiff's credibility.  The ALJ will be directed to further develop the record and to take any further action necessary to render a new decision in this matter.

Reasonable attorney fees will be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 11th day of September, 2006.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

Recommended for Entry this 31st day of August, 2006.

/s/  JAMES P. DONOHUE
United States Magistrate Judge


Presentd by:

s/ TERRYE E. SHEA,   WSB # 27609
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone: 206-615-2143
Fax:     206-615-2531
terrye.shea@ssa.gov

Page 2     ORDER - [C06-0511-RSL]