UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LORA E. LAVINE,   )
            )
    Plaintiff,   )   Case No. C06-511-RSL-JPD
            )
  v.   )
            )
JO ANNE B. BARNHART, Commissioner,   )   ORDER
Social Security Administration,   )
            )
    Defendant.   )
_____)

The Court, having reviewed plaintiff's motion for award of attorney's fees, expenses, and costs, and defendant's response to the motion, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's attorney is awarded fees in the amount of $5,402.78, costs of $161.76 per hour for the year of 2006, expenses in the amount of $27.28, and taxable costs in the amount of $84.35.

(3) The Clerk is directed to send copies of this Order to the parties and to Magistrate Judge Donohue.

DATED this 5th day of January, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge